Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO and McLAUGHLIN, JJ. Dissenting: POUND, CRANE and ANDREWS, JJ.

---

VICTORIA KRZYMINSKI, by JOZEFA KRZYMINSKI, Her Guardian ad Litem, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

VALENTINE KRZYMINSKI, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Negligence — railroads — child struck by street car while crossing street.*

*Krzyminski v. International Ry. Co.* (2 cases), 206 App. Div. 788, 789, affirmed.

(Argued October 16, 1923; decided November 20, 1923.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 20, 1923, affirming in the first action and modifying and affirming as modified in the second action a judgment in favor of plaintiff entered upon a verdict. The action of Victoria Krzyminski was brought to recover damages for personal injuries sustained by her on the 27th day of May, 1922, at about four o'clock in the afternoon, while crossing Fillmore avenue from east to west at its intersection with Broadway, when she was struck by a trolley car which turned from Broadway northerly on to Fillmore avenue. The action by Valentine Krzyminski was brought to recover damages for loss of services of his daughter, Victoria, and for medical care, nursing, hospital bills, etc.

*Olin T. Nye* for appellant.

*William H. Godbold* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.